Louise B. Weeden
vs. } Eq. No. 11778.
Bradford T. Bowen, et al.

## DECISION.

### February 9, 1934.

CARPENTER, J. After carefully examining the report of the Special Master and examining the evidence in the case, this Court is of the opinion that the Report of the Master should be confirmed and approved.

Report of Special Master appointed by this Court in the above entitled case is hereby confirmed and approved.

For complainant: Littlefield, Otis & Knowles.

For respondents: A. Truman Patterson.